IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **TUYO HOLDINGS, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 5:25-cv-00978-FB |
| v. § | |
| § | |
| **TRANSAMERICA LIFE INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| *Defendant*. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, TuYo Holdings, LLC, and Defendant, Transamerica Life Insurance Company, by and through their undersigned counsel, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice within the next 30 days.

Dated: October 22, 2025

                                           Respectfully submitted,

                                           BROCK UPHAM YOST & STRIEBER, PLLC

                                           By: /s/ Gregory B. Yost
                                                 Gregory B. Yost
                                                 Texas Bar No. 24082391
                                                 616 E. Blanco Road, Suite 202B
                                                 Boerne, Texas 78006
                                                 Telephone: (830) 816-9033
                                                 Facsimile: (830) 584-0774
                                                 greg@buys-law.com

                                           ***Attorneys for Plaintiff***

McDowell Hetherington LLP

By: /s/ Micah A. Grodin
    Erin B. Taylor
    Texas Bar No. 24082681
    Micah A. Grodin
    Texas Bar No. 24080505
    1001 Fannin Street, Suite 2400
    Houston, Texas 77002
    Telephone: (713) 337-5580
    Facsimile: (713) 337-8850
    erin.taylor@mhllp.com
    micah.grodin@mhllp.com

***Attorneys for Defendant Transamerica Life Insurance Company***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2025, a true and correct copy of the foregoing has been served on each attorney of record via the Court's CM/ECF system.

By: /s/ Micah A. Grodin  
Micah A. Grodin
